**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Catherine A Pisano aka Cathy A Pisano, aka Catherine Ann Pisano | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-20184 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
13 Feb 2025, 12:08:16, EST

Denise Carlon, Esq. (317226)   ☐
Brent Lemon, Esq. (86478)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com