**Form 143**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Catherine A Pisano**
**aka Cathy A Pisano, aka Catherine Ann Pisano**
   Debtor(s)

Bankruptcy Case No.: 25–20184–CMB

Chapter: 13
Docket No.: 44 – 43

### NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Patrick J. Best has been removed as attorney from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: January 29, 2026

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 25-20184-CMB

Catherine A Pisano                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: auto                                      Page 1 of 2

Date Rcvd: Jan 29, 2026                      Form ID: 143                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | +  Patrick Best, ARM Lawyers, 18 North 8th Street, Stroudsburg, PA 18360-1718 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Elizabeth Beal | on behalf of Debtor Catherine A Pisano lbeal@armlawyers.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Patrick Best | on behalf of Debtor Catherine A Pisano patrickjbest+ECF@gmail.com 3956@notices.nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com |

User: auto
Form ID: 143

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

TOTAL: 6